UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIEGO GARZON<br><br>*Plaintiff,*<br><br>v.<br><br>EXICURE, INC.; PAUL KANG; JIYOUNG HWANG; JUNG-SANG (MICHAEL) KIM; SARAH LONGORIA; *et al.*<br><br>*Defendants,* | CASE NO.: 2:23-cv-20912<br><br>*Document Filed Electronically*<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having been brought before the Court by way of a letter dated December 29, 2025 and for good cause shown,

**IT IS** on this 30th day of December 2025,

**ORDERED THAT**:

1. Fact Discovery Deadline. Fact discovery shall remain open through January 30, 2026, solely to allow the parties time to respond to supplemental discovery demands arising from deposition testimony, and to address and cure any deficiencies in the responses to same.

2. Rule 30(b)(6) Deposition. Upon leave of Court, Plaintiff is permitted to conduct one (1) narrowly tailored Rule 30(b)(6) deposition of Defendant Exicure, Inc. during the extended discovery period, limited to topics concerning Exicure's corporate structure, governance, directors and officers, and corporate policies, as to which no witness was able to provide testimony during individual depositions.

3. If any deficiencies are identified that cannot be resolved by the parties following a meet and confer, a joint letter regarding same will be submitted by the parties to the Court no later than January 23, 2026.

4. Except for the Rule 30(b)(6) deposition expressly authorized herein, no additional depositions shall be permitted or conducted during this limited extension period.

5. This limited extension of discovery shall not affect the settlement conference presently scheduled for February 5, 2026, unless there are deficiencies in the supplemental responses that require motion practice and/or additional time to resolve.

| | |
|---|---|
| *s/ Michael Gattoni*<br>Michael Gattoni, Esq.<br>**THE McHATTIE LAW FIRM, LLC**<br>550 West Main Street<br>Boonton, New Jersey 07005<br>*Attorneys for Plaintiff* | *s/ Amy Canning*<br>Amy E. Canning, Esq.<br>**FISHER & PHILLIPS LLP**<br>400 Connell Drive, Suite 4000<br>Berkeley Heights, NJ 07922<br>*Attorneys for Defendants* |

**SO ORDERED.**

 *s/ Cari Fais*
**Hon. Cari Fais, U.S.M.J.**